FILED'06 DEC 12 17:00 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KATRINA M. KELLAR,<br><br>Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART<br>Commissioner of Social Security,<br><br>Defendant. | CV# 06-193-HU<br><br>ORDER GRANTING<br>STIPULATED EAJA FEES,<br>COSTS AND EXPENSES |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $2405.12 are awarded to Plaintiff's attorneys pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff will be awarded $257.80 in costs and $9.80 in expenses pursuant to 28 U.S.C. §§ 1920, 2412(d)(2). The court directs Defendant to issue a check to Plaintiff's attorneys for the appropriate amount.

DATED this 12 day of December, 2006

_____
Un ted States District Judge

Presented by:
Kimberly K. Tucker
Swanson, Thomas & Coon
Of Attorneys for Plaintiff