James S. Coon, OSB# 77145
Kimberly K .Tucker, OSB# 02106
ktucker@stc-law.com
SWANSON, THOMAS & COON
820 SW Second Ave, Suite 200
Portland, Oregon 97204
Ph. 503-228-5222   Fax 503-273-9175
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KATRINA M. KELLAR, | CV# 06-193-HU |
| Plaintiff, | |
| v. | ORDER GRANTING ATTORNEY FEES UNDER 42 U.S.C. § 406(b) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Attorneys' fees in the amount of $9345.75 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds that this is a reasonable fee in light of the circumstances in this case. Previously, this court awarded Plaintiff attorney fees in the amount of $2405.12 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the 406(b) check for payment to Plaintiff's attorney, the agency is directed to subtract the amount previously awarded under the EAJA and send

//

//

ORDER  GRANTING ATTORNEY FEES – 1

Plaintiff's attorneys the balance of $6940.63, minus any applicable processing fees as allowed by statute.

Dated this 23 day of July, 2007.

*[signature]*
U.S. Magistrate Judge

ORDER GRANTING ATTORNEY FEES – 2